NUMBER 13-05-776-CR

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

__________________________________________________________________

 

CHRISTOPHER
CROCKETT,                                       Appellant,

 

                                           v.

 

THE
STATE OF TEXAS,                                              Appellee.

__________________________________________________________________

 

                  On appeal from the 130th
District Court 

                         of Matagorda
County, Texas.

___________________________________________________________________

 

                     MEMORANDUM OPINION

 

                 Before Justices
Hinojosa, Yañez, and Garza

                       Memorandum Opinion Per
Curiam

 








Appellant, CHRISTOPHER
CROCKETT, attempted to perfect an appeal from a judgment entered by the 130th District Court of Matagorda County,
Texas.  Sentence in this cause was
imposed on July 20, 2005. 
A timely motion for new trial was filed on August 9, 2005.   The notice of appeal was due to be filed on October 18, 2005, but was not filed until December 19,
2005.   Said notice of appeal is
untimely filed.

          Tex. R. App. P. 26.3 provides that the
court of appeals may grant an extension of time for filing notice of appeal if
such notice is filed within  fifteen days
of the last day allowed and within the same period a motion is filed in the
court of appeals reasonably explaining the need for such extension.  Appellant failed to file his notice of appeal
and a motion requesting an extension of time within such period. 

The Court, having
considered the documents on file and appellant's failure to timely perfect his
appeal, is of the opinion that the appeal should be dismissed for want of
jurisdiction.  The appeal is hereby
DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and filed this

the 9th day of March, 2006.